Date: 10/20/09                                              Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2009 Dated 10/20/09

Case Number 09-30221 - ROATH, BEVERLY R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DUDLEY & SMITH<br>101 E 5TH ST #2502<br>ST PAUL MN 55101<br>   9874 | 000002 | 726.78 | 2.00 |
| ST PAUL HEART CLINIC<br>225 SMITH AVE<br>ST PAUL MN 55102-2534<br>   316<br>   836 | 000003 | 1,527.37 | 4.19 |
| ST PAUL RADIOLOGY<br>166 4TH ST E<br>ST PAUL MN 55101<br>   361-602 | 000007 | 534.51 | 1.47 |
| HEALTHEAST TRANSPORTATION<br>481 FRONT AVE<br>ST PAUL MN 55117 | 000008 | 1,372.00 | 3.77 |
| US BANK<br>BKY DEPT<br>PO BOX 5229<br>CINCINNATI OH 45201<br>   6494 | 000010 | 58.21 | 0.16 |
| ---------- Remittance Total ---------- | | 4,218.87 | 11.59 |

MICHAEL J. IANNACONE, Trustee

*[Stamp: RECEIVED 09 OCT 21 AM 9:32 U.S. BANKRUPTCY COURT ST. PAUL, MN]*

#1436